# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **TYRONE PEELE,** | : | |
| *Petitioner* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CAITLIN MCLAUGHLIN** *et al.,* | : | **No. 21-cv-440** |
| *Respondents* | : | |

## O R D E R

**AND NOW**, this ___ day of January, 2022, upon careful and independent consideration of Petitioner Tyrone Peele's Petition for Writ of Habeas Corpus (Doc. No. 1), his Amended Petition for Habeas Corpus (Doc. No. 16), the Respondents' Response to the Petition (Doc. No. 21), Magistrate Judge Carol Sandra Moore Wells's Report and Recommendation (Doc. No. 25), and Mr. Peele's Objections to the Report and Recommendation (Doc. No. 26), and for the reasons given in the accompanying Memorandum, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case **CLOSED**, including for statistical purposes.

**BY THE COURT:**

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1